Beatrice Bend Berle) and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

Cortlandt Field Bishop, Individually, etc., v. Beatrice Bend Bishop (Now Beatrice Bend Berle) and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of May H. Ritchey and Another, as Executors, etc., of the Estate of Daniel P. Ritchey, Deceased. Annie Herbst and Another, as Executors, etc., of Joseph H. Herbst, Deceased, Appellants.— Motion denied, with ten dollars costs. Present— Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

The New York Trust Company, as Temporary Administrator, etc., of Richard Croker, Deceased, v. Richard Croker, Jr., Individually and as Trustee, etc., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

General Talking Pictures Corporation v. Jacob Levy, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proving the Last Will and Testament of Abraham L. Erlanger, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Stone & Webster and Blodget, Inc., v. David S. Stern and Another. — Motion granted, on condition that examination be stayed pending the determination of this appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Mary A. Cronin v. The City of New York.— Preference granted for January 6, 1931. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Arthur Michaels, an Infant, etc., v. The City of New York.— Preference granted for January 6, 1931. Present — Dowling, P. J., Merrell, Finch, McAvoy, and Sherman, JJ.

Harry Michaels v. The City of New York.— Preference granted for January 6, 1931. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Ann Toner v. Winston W. Ehrgott and Another, Impleaded, etc.— Motion denied, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of Eleanor G. Sullivan against Teachers' Retirement Board.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Ann Toner v. Winston W. Ehrgott and Another, Impleaded, etc.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Alfred H. Newburger and Others v. Joseph D. R. Freed.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Sophie Podgur v. Philip Katz.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Mae L. Breaerton v. Cora E. De Witt and Others, as Executors, etc., of Elden C. De Witt, Deceased.— Motion granted and the time of appellant within which to file the record on appeal extended to and including January 26, 1931. No further time will be given. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.